IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LANCE MCCOY                          *

       Plaintiff              *

       vs.                    *   CIVIL ACTION NO. MJG-13-3744

AMATEUR ATHLETIC UNION               *
   OF THE UNITED STATES, INC.
                                   *

       Defendant
                                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT

By separate Order issued this date, the Court has granted the defendant summary judgment.

   Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Amateur Athletic Union of the United States, Inc. against Plaintiff Lance McCoy dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

   SO ORDERED, on <u>Wednesday, January 21, 2015</u>.

                                                       /s/
                                          Marvin J. Garbis
                                  United States District Judge